IN THE EASTERN DISTRICT OF MISSOURI
UNITED STATES OF AMERICA

TAMIKA LUTTRELL,

    Plaintiff,

vs.

RN III TRANSPORTATION, LLC ,

And

ROZELL NUNN

    Defendants.

Case No: 4:20-cv-01172

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Tamika Luttrell, by and through attorney Deme Sotiriou of Schultz & Myers, LLC and pursuant to FRCP FRCP (a)(1)(A)(i), voluntarily dismisses the this matter without need for Court Order as the opposing party has not yet served an answer nor motion for summary judgment.

Respectfully submitted,

**SCHULTZ & MYERS, LLC**

/s/ Deme Sotiriou

---

Deme Sotiriou, Mo #56611
999 Executive Parkway, Ste 205
St. Louis, Missouri 63141
Telephone: 314-744-8900
Facsimile: 314-720-0744
E-mail: deme@schultzmyers.com

*So Ordered*
*John A. Ross*
*9/24/2020*